**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rico Jerome Campbell,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-23-02614-PHX-KML<br><br>**ORDER** |

On January 6, 2025, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R") recommending the court remand for further proceedings. (Doc. 27.) No objections were filed. Therefore, the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 27) is **ADOPTED**. This case is **REVERSED** and **REMANDED** for further administrative proceedings.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

Dated this 23rd day of January, 2025.

Honorable Krissa M. Lanham
United States District Judge